IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09CV29-1-MU

| | |
|---|---|
| FLOYD A. WILLIAMS,<br><br>  Petitioner,<br><br>  v.<br><br>STATE OF NORTH CAROLINA,<br><br>  Respondent. | **O R D E R** |

**THIS MATTER** is before this Court upon Respondent's Motion for Summary Judgment and supporting brief. It appears that Respondent may be entitled to summary judgment as a matter of law. **PETITIONER WILLIAMS READ THIS:**

The Petitioner is advised that under the provisions of Rule 56(e) of the Federal Rules of Civil Procedure, he is required to submit documents, affidavits, or unsworn declarations made under penalty of perjury, in opposition to the Motion for Summary Judgment and supporting documents filed by Respondent. Rule 56(e) reads in pertinent part as follows:

> When a motion for summary judgment is made and supported [by affidavits], an adverse party may not rest upon the mere allegations or denials of his pleadings, but his response, by affidavits or as otherwise provided by this rule, must set forth specific facts showing that there is genuine issue for trial. If he does not respond, summary judgment, if appropriate, shall be entered against him.

This rule requires that if the Petitioner has any evidence to offer to counter the evidence contained in the Motion for Summary Judgment and supporting documents filed by Respondent, he must present it to the Court in the form of documents, affidavits, or unsworn declarations

under penalty of perjury.  An affidavit is a written statement made under oath; that is, a statement prepared in writing by the Petitioner and sworn before a Notary Public.  If the Petitioner chooses, he may instead submit an unsworn declaration and state the following with the date and his signature:

''I declare under penalty of perjury that the foregoing is true and correct.''

The Petitioner is further hereby advised that he has thirty (30) days from the filing of this Order in which to file documents, affidavits, or unsworn declarations in opposition to Respondent's Motion for Summary Judgment.  **FAILURE TO RESPOND WITHIN THIS TIME PERIOD MAY SUBJECT THIS ACTION TO SUMMARY JUDGMENT.**

Finally, this Court notes that Respondent notes in his Motion for Summary Judgment that the wrong respondent was named.  Consequently, this Court will give Petitioner thirty (30) days to file a motion to amend seeking to substitute the proper party as the respondent.  Petitioner is cautioned that failure to take this action will result in the dismissal of this case.

**THEREFORE, IT IS HEREBY ORDERED** that:

1. <u>Petitioner has thirty (30) days from the filing of this Order</u> in which to provide his own documents, affidavits, or declarations countering the evidence offered by Respondent's Motion for Summary Judgment; and

2. <u>Petitioner has thirty (30) days from the filing of this Order</u> in which to file a motion to amend seeking to substitute the proper party as the respondent.

Signed: March 24, 2009

Graham C. Mullen
United States District Judge