# United States District Court
# For The Western District of North Carolina
# Asheville Division

Floyd A. Williams ,

    Plaintiff(s),          JUDGMENT IN A CIVIL CASE

vs.         1:09-cv-29

Alvin Keller ,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/4/2010 Order.

Signed: June 4, 2010

Frank G. Johns, Clerk
United States District Court